1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10   STANFORD SIDNEY COLLINS, II              2:25-cv-02089-ART-DJA
     individually;

11                                            **ORDER GRANTING**
                    Plaintiff,

12                                            **STIPULATION FOR**
     v.                                       **REMAND TO THE EIGHTH**
13                                            **JUDICIAL DISTRICT**
     INFINITY AUTO INSURANCE                  **COURT OF NEVADA**
14   COMPANY; KEMPER CORPORATE
     SERVICES, INC; DOE CLAIM ADJUSTER
15   I through X; DOE CLAIM
     SUPERVISOR I through X; ROE
16   INSURANCE COMPANY XI through XX;
     DOES I through X, inclusive; ROE
17   CORPORATION XI through XX, inclusive
     and ROE COMPANIES I-X, inclusive,
18
                    Defendants
19

20

21        **IT IS HEREBY STIPULATED AND AGREED** between Plaintiff

22   STANFORD SIDNEY COLLINS, on the one hand and INFINITY AUTO

23   INSURANCE COMPANY and KEMPER CORPORATE SERVICES, INC, on the

1  other hand, by and through their respective counsel of record, that the matter be

2  remanded to the Eighth Judicial District Court of Nevada, case number A-25-

3  925282-C.

4

5  DATED   December 3, 2025                    DATED   December 3, 2025

6  **CARMAN COONEY FORBUSH**          **BIGHORN LAW**
   **PLLC**

7

8                                              */s/ Joshua Berrett*

9  SEAN D. COONEY, ESQ.                  KIMBALL J. JONES, ESQ.
   Attorneys for Defendant               JOSHUA P. BERRETT, ESQ.

10 INFINITY AUTO INSURANCE               Attorneys for Plaintiff
   COMPANY AND KEMPER                    STANFORD SIDNEY COLLINS

11 CORPORATE SERVICES, INC.

12

13
                              **ORDER**
14

15
        **IT IS SO ORDERED.**
16

17 Dated: <u>December 9, 2025</u>

18

19 _____

   Anne R. Traum
20 United States District Judge

21

22

23